IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 1:22-mj-117-GRJ

GABRIEL CHASE
_____/

**ORDER**

On September 20, 2022, Defendant came before the Court for his initial appearance on charges set forth in the criminal complaint. ECF No. 1. Pursuant to the Due Process Protections Act, enacted on October 21, 2020, and the revised Federal Rule of Criminal Procedure 5(f), the Court confirms the United States' obligation to produce all exculpatory evidence to Defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceeding, or sanctions by the Court.

**DONE AND ORDERED** this 20th day of September 2022.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge